IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HUMBLE, JR.                                               PLAINTIFF
ADC #117144

v.                   CASE NO: 1:16CV00117 BSM

DOES, et al.                                                     DEFENDANTS

## ORDER

The partial recommended disposition [Doc. No. 16] submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, plaintiff James Humble, Jr.'s claims against the unidentified Doe defendants are dismissed and defendants' motion to dismiss [Doc. No. 12] is granted in part and denied in part. Defendants' motion is granted with respect to Humble's non-mental health claims against all defendants and the motion is denied with respect to his mental health claims against all defendants.

IT IS SO ORDERED this 8th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE