# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES HUMBLE, JR.**                                                              **PLAINTIFF**
**ADC #117144**

**v.**                   **CASE NO. 1:16-CV-00117 BSM**

**A. SCHUBERT, et al.**                                                **DEFENDANTS**

## ORDER

Plaintiff JamesHumble has not objected to Magistrate Judge Patricia S. Harris's proposed findings and recommendation [Doc. No. 27]. After carefully reviewing the record, the proposed findings and recommendation are adopted in their entirety. Accordingly, the defendants' motion for summary judgment [Doc. No. 21] is granted for failure to exhaust administrative remedies, and Humble's claims are dismissed without prejudice. It is further certified that an *in forma pauperis* appeal of this order and judgment would not be taken in good faith.

IT IS SO ORDERED this 10th day of April 2018.

                                                                  _/s/ Brian S. Miller_
                                                     **UNITED STATES DISTRICT JUDGE**